

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*      main: *(973) 645-2700*
*Newark, NJ 07102*                  direct: *(973) 645-2709*
jacob.heric@usdoj.gov

April 30, 2026

**BY ECF**

Honorable Madeline C. Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

>    Re:   *Rivera Ramos v. Soto,* Civ. No. 26-2655 (MCA)
>          **Confirmation of Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter.  We write pursuant to the Court's April 30, 2026, Text Order, ECF No. 11, to confirm that U.S. Immigration and Customs Enforcement (ICE) has informed this Office that Petitioner was released from ICE custody on Thursday, April 30, 2026, at approximately 2:50 p.m. with his personal property.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Jacob E. Heric*
       JACOB E. HERIC
       Special Assistant U.S. Attorney
       *Attorneys for Respondents*

cc:    All counsel of record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  7/27/26